UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUNIOR HERMIDA, on behalf of himself
and all others similarly situated

      Plaintiff,

v.                                    Case No:  2:13-cv-47-Ftm-38UA

INNOVATION VENTURES, LLC,

      Defendant.
_____/

**ORDER**

    This matter comes before the Court on Agreed Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation (Doc. #11) filed on March 6, 2013.   The Parties seek to stay all proceedings pending transfer and coordination of this action with the Multidistrict Litigation case in the Central District of California concerning other marketing and sale of the Defendant's product, 5-Hour Energy® cases. Upon review, the relief will be granted for a period of time to allow a decision of the JPML regarding transfer.

    Accordingly, it is now

    **ORDERED:**

(1) Agreed Motion to Stay Proceedings Pending Transfer to Multidistrict Litigation (Doc. #11) is **GRANTED** to the extent that this case is **STAYED** for a period of **ninety (90) days** from the date of this Order.  If the case is not otherwise transferred within this time period, the Parties may seek to continue the stay upon expiration of the time period.

(2) As this matter is stayed, Plaintiff's Unopposed Motion for Extension of Time for Plaintiff to File Motion for Class Certification (Doc. #17) is **DENIED without prejudice**.  Plaintiff may re-file the request for extension of time if the action is not transferred to the Central District of California for consolidated pretrial proceedings.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record